## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**J&J SPORTS PRODUCTIONS, INC.**                                            **PLAINTIFF**

V.                                    **4:10CV01989 JMM**

**PEDRO BERUMEN, Individually d/b/a**
**Jose's Club Latino; JOSE'S NIGHT**
**CLUB LATINO, INC., an unknown**
**business entity d/b/a Jose's**
**Club Latino**                                                             **DEFENDANTS**

### DEFAULT JUDGMENT

Plaintiff served Defendants by process server on April 6, 2011.  (Docket # 5, 6).  The Defendants have not filed an Answer or any other entry of appearance to date.  The Clerk's Entry of Default was filed on January 24, 2012.

Pursuant to Rule 55(b)(2), the Plaintiff's Motion for Default Judgment (Docket # 10) is GRANTED.  Judgment is hereby entered in favor of the Plaintiff and against Defendants in the amount of $10,000.00.  This total includes statutory damages for violation of Title 47 U.S.C. § 605(e)(3)(B)(iii) and (c)(ii) and for the tort of conversion.

IT IS SO ORDERED this 23rd day of August, 2012.

James M. Moody
United States District Judge