**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**J&J SPORTS PRODUCTIONS, INC.**                         **PLAINTIFF**

**V.**                                    **4:10CV01989 JMM**

**PEDRO BERUMEN, Individually d/b/a
Jose's Club Latino; JOSE'S NIGHT
CLUB LATINO, INC., an unknown
business entity d/b/a Jose's
Club Latino**                                                    **DEFENDANTS**

## DEFAULT JUDGMENT

Plaintiff served Defendants by process server on April 6, 2011.  (Docket # 5, 6).  The

Defendants have not filed an Answer or any other entry of appearance to date.  The Clerk's

Entry of Default was filed on January 24, 2012.

Pursuant to Rule 55(b)(2), the Plaintiff's Motion for Default Judgment (Docket # 10) is

GRANTED.  Judgment is hereby entered in favor of the Plaintiff and against Defendants in the

amount of $10,000.00.  This total includes statutory damages for violation of Title 47 U.S.C. §

605(e)(3)(B)(iii) and (c)(ii) and for the tort of conversion.

IT IS SO ORDERED this 23rd day of August, 2012.

_James M. Moody_
James M. Moody
United States District Judge